```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EZZI KALOMBO,

                              Petitioner,               07 Civ. 11350 (PKC)

            -against-

                                                        ORDER

CHRISTOPHER SHANAHAN, et al.,

                              Respondents.
------------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.


        Any reply by petitioner shall be filed no later than April 18, 2008.

        SO ORDERED.

                                        _____
                                        P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
        March 27, 2008